IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JULIA JONES et al                                                                                        PLAINTIFFS

V.                                              CIVIL ACTION NO.: 1:20-CV-27-SA-RP

MAGNOLIA REGIONAL HEALTH CENTER et al                  DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on February 13, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 14th day of February, 2020.

                                                                            /s/ Sharion Aycock
                                                                            UNITED STATES DISTRICT JUDGE