**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JULIA JONES and
CLARA GAIL PARRISH**                                                     **PLAINTIFFS**

**VS.**                                        **CAUSE NO. 1:20-CV-027-MPM-RP**

**MAGNOLIA REGIONAL HEALTH CENTER
AND MICHAEL LUTZ, In His Individual Capacity**            **DEFENDANTS**

## ORDER

BEFORE the Court is the joint *ore tenus* motion of Plaintiff Julia Jones and Defendants Magnolia Regional Health Center and Michael Lutz for dismissal of all claims of Julia Jones against the defendants with prejudice. After having duly considered said joint *ore tenus* motion, and having been advised that the parties are in agreement that dismissal of Julia Jones' claims is appropriate, the Court hereby finds said joint *ore tenus* motion to be well taken and grants same.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims filed by Julia Jones against all defendants are dismissed with prejudice and that Julia Jones shall be terminated as a party to this cause of action. Dismissal of Julia Jones' claims in no way affects or limits Plaintiff Clara Gail Parrish's claims against the remaining defendants. All parties shall bear their own costs and attorney's fees.

This, the 12th day of November, 2020.

                                                           **/s/** Michael P. Mills
                                                           **UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**

2705228